IN THE DISTRICT COURT OF APPEAL
FIRST DISTRICT, STATE OF FLORIDA

AARON FRANKLIN BROWN,

NOT FINAL UNTIL TIME EXPIRES TO
FILE MOTION FOR REHEARING AND
DISPOSITION THEREOF IF FILED

      Appellant,

v.

CASE NO. 1D12-3383

NORTH FLORIDA SURGEONS,
P. A. AND G. STEVEN WEBB,
M.D.,

      Appellees.

_____/

Opinion filed July 28, 2014.

An appeal from the Circuit Court for Duval County.
Jean M. Johnson, Judge.

Robert F. Jordan of Jordan Law Firm, PLLC, Lake City, for Appellant.

James T. Murphy and Jill F. Bechtold of Murphy, Ellis & Weldon, PLLC, Jacksonville, for Appellee.

**ON REMAND FROM THE FLORIDA SUPREME COURT**

PER CURIAM.

In Brown v. North Florida Surgeons, P.A., 110 So. 3d 962 (Fla. 1st DCA 2013), we affirmed the trial court's order compelling arbitration.  Appellant

petitioned the Florida Supreme Court for review, and by order dated June 9, 2014, the Court quashed our decision and remanded for reconsideration upon application of Franks v. Bowers, 116 So. 3d 1240 (Fla. 2013). We directed the parties to show cause why the trial court's order should not be reversed based upon Franks. The parties agree that reversal is required because the agreement containing the arbitration clause at issue in this case is the same agreement that was invalidated in Franks. Accordingly, the trial court's order compelling arbitration is reversed and this case is remanded for further proceedings.

REVERSED and REMANDED.

VAN NORTWICK, WETHERELL, and ROWE, JJ., CONCUR.